# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 19, 2011 |
| Court Reporter: Janet Coppock | Time: 19 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 11-CR-00016-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Conner |
| Plaintiff, | |
| vs. | |
| **JOHN TROY DAVIS,** | Edward Harris |
| Defendant. | |

## MOTION HEARING

**2:09 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

Defendant's Motion for Determination of Competency to Stand Trial (Doc #8), filed 1/13/11.

Comments by Mr. Harris in support of defendant's motion and in response to the Court's questions.

Comments by Mr. Conner.

Page Two
11-CR-00016-PAB
January 19, 2011

Court states its findings and conclusions.

**ORDERED:** Defendant's request to withdraw the portion of his motion requesting psychiatric evaluation pursuant to 18 U.S.C. § 4242 is **GRANTED.**

**ORDERED:** Defendant's Motion for Determination of Competency to Stand Trial (Doc #8), filed 1/13/11 is **GRANTED.**

**ORDERED:** Defendant shall be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(b) for a term not to exceed **30 days** to have a competency evaluation. Such evaluation shall be preformed by a certified psychiatrist or psychologist to be determined by the Bureau of Prisons, at a suitable facility closest to the Court.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:28 p.m.     COURT IN RECESS**

**Total in court time:       19 minutes**

**Hearing concluded**