IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00016-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN TROY DAVIS,

    Defendant.

_____

**ORDER FOR PSYCHIATRIC EXAMINATION
OF THE DEFENDANT**
_____

On January 13, 2011, defendant filed a Motion to Determine Defendant's Competency [Docket No. 8] requesting that the defendant be evaluated pursuant to 18 U.S.C. § 4247(b).  The defendant has withdrawn that portion of the motion requesting an evaluation pursuant to 18 U.S.C. § 4242.

At a hearing on January 19, 2011, the Court found that there was reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.  *See* 18 U.S.C. § 4241(a).  Therefore, it is

ORDERED that, pursuant to 18 U.S.C. §§ 4241(a) and 4247(b), defendant is committed to the custody of the Attorney General for placement in a suitable facility for a reasonable time not to exceed thirty days for psychiatric and/or psychological examination.  It is further

ORDERED that, pursuant to 18 U.S.C. § 4247(b), such examination shall be conducted by a licensed or certified psychiatrist or psychologist.  It is further

ORDERED that, pursuant to 18 U.S.C. § 4247(b), such examination, unless impracticable, shall be conducted in the suitable facility closest to this Court.  It is further

ORDERED that the examiner designated to conduct the psychiatric and/or psychological examination of the defendant shall prepare a report that includes the following pursuant to 18 U.S.C. § 4247(c):

1.  The defendant's history and present symptoms;

2.  A description of the psychiatric, psychological and medical tests that were employed and the results;

3.  The examiner's findings;

4.  The examiner's opinion as to diagnosis and prognosis;

5.  Whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.
It is further

ORDERED that the director of the facility where such examination is conducted shall file copies of the report with the Court and provide copies to counsel for the government and the defendant.

DATED January 20, 2011.

            BY THE COURT:

             s/Philip A. Brimmer
            PHILIP A. BRIMMER
            United States District Judge