IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00016-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN TROY DAVIS,

    Defendant.
_____

**ORDER REGARDING COMPETENCY TO STAND TRIAL**
_____

    The Court, upon consideration of defendant's Motion to Determine Defendant's Competency [Docket No. 8], finds as follows:

    1.    The Court ordered a psychiatric examination and report pursuant to 18 U.S.C. §§ 4241 and 4247(b) [Docket No. 14].

    2.    The Court and parties have received the Forensic Evaluation of Dr. David E. Morrow, a forensic psychologist, dated March 10, 2011. In his report, Dr. Morrow concludes that the defendant is currently incompetent to stand trial.

    3.    The Court held a hearing on May 12, 2011 to determine the mental competency of the defendant.

    4.    During the hearing, the parties stipulated to the admission of Dr. Morrow's report.

    5.    After consideration of evidence received during the hearing, the Court finds and determines by a preponderance of the evidence, pursuant to 18 U.S.C.

§ 4241(d), that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is therefore

ORDERED that John Troy Davis is committed to the custody of the Attorney General, who shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. It is further

ORDERED that the Attorney General submit a written report to the Court and the parties pursuant to 18 U.S.C. § 4241(d), and in that report express the opinion of the director of the facility in which the defendant is hospitalized as to whether there is a substantial probability that in the foreseeable future Mr. Davis will attain the capacity to permit the proceedings to go forward.

DATED May 13, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge