IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00016-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN TROY DAVIS,

    Defendant.

## ORDER

This matter is before the Court on the document filed by defendant on July 1, 2011 [Docket No. 19]. The defendant requests appointment of substitute counsel. However, on May 12, 2011, the Court found Mr. Davis to be incompetent and committed him to the custody of the Attorney General for restoration of competency. Mr. Davis' request will be addressed upon restoration of competency.

DATED July 11, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge